IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE C. MANION**                                                                                   **PLAINTIFF**

V.                           No. 4:21-cv-01084-JM-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security Administration**                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, the Court approves and adopts the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

IT IS SO ORDERED this 9th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE