**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LAWRENCE C. MANION**                                                          **PLAINTIFF**

**V.**                            **No. 4:21-cv-01084-JM-ERE**

**KILOLO KIJAKAZI, Acting
Commissioner of Social Security Administration**                  **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED.

Judgment is entered in favor of the Commissioner.

DATED this 9th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE